**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 202 WAL 2018
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
JOSHUA JOHN LAMISON, :
:
Petitioner :


## ORDER


**PER CURIAM**

      **AND NOW**, this 12th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.